No. 91–8258. MARTIN v. DELAWARE. Sup. Ct. Del.;

No. 91–8729. DEMPSEY v. SEARS, ROEBUCK & CO. ET AL. C. A. 1st Cir.;

No. 92–5068. MARTIN v. SPARKS ET AL. C. A. 3d Cir.;

No. 92–5105. JONES v. WRIGHT, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, ET AL. C. A. 8th Cir.;

No. 92–5407. MARTIN v. SMITH ET AL. C. A. 3d Cir.; and

No. 92–5417. BRIGMAN v. UNITED STATES. C. A. 5th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until October 26, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petitions for writs of certiorari.

No. 91–8428. IN RE JONES. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until October 26, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of mandamus and/or prohibition.

No. 91–8492. SAMPANG v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 26, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*